UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-2231-W |
|---|---|
| Plaintiff, | Hon. Thomas J. Whelan |
| v. | |
| SAVANNAH HAINES, | ORDER TO CONTINUE |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Setting currently scheduled for November 13, 2023 is vacated and a Motion Hearing is set for **December 18, 2023, at 9:00 a.m.**

It is further ordered that the time between November 13, 2023 and December 18, 2023, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C.§3161 (h)(1)(A)(G) and (h) (7)(A)

DATED: 11/9/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE