UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | CASE NO.: 23CR2231-W |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE MOTION HEARING |
| SAVANNAH HAINES, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the motion hearing currently scheduled for January 29, 2024, at 9:00 a.m. be **rescheduled to February 2, 2024, at 9:00 a.m.**

It is further ordered that the time between January 29, 2024 and to February 2, 2024, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C.§3161 (h)(1)(A)(G) and (h) (7)(A).

DATED: 1/24/24

Honorable Thomas J. Whelan
United States District Judge